UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- :
IN RE WORLD TRADE CENTER            :   21 MC 100 (AKH)
DISASTER SITE LITIGATION            :
-------------------------------------------- :
                                    :   DOCKET NO.
                                    :   08 CIV 3917
FERNANDO ALVES AND MICHELE          :
ALVES,                              :   Judge Hellerstein
                                    :
                                    :   **AFFIDAVIT OF SERVICE**
              Plaintiffs,           :
                                    :
-against-                           :
                                    :
                                    :
AMEC CONSTRUCTION, MANAGEMENT,      :
INC., BECHTEL ENVIRONMENTAL, INC.,  :
BECHTEL CORPORATION, BECHTEL        :
CONSTRUCTION, INC., BECHTEL         :
ASSOCIATES PROFESSIONAL CORPORATION :
BOVIS LEND LEASE, INC, BOVIS LEND   :
LEASE LMB, INC., TULLY CONSTRUCTION :
CO., INC, TULLY ENVIRONMENTAL INC., :
TULLY INDUSTRIES, INC., TURNER      :
CONSTRUCTION COMPANY                :
                                    :
              Defendants.           :
-------------------------------------------------------- :

   I, Soo Jeong, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

   On July 21, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the, Defendant, Bechtel Corporation, by its designated agent, CT Corporation System, more specifically, Aixa Flores, Process Specialist, at:

            CT Corporation System
            111 Eighth Avenue, 13th Floor
            New York, New York 10011

                                    _____
                                    Soo Jeong

Sworn to before me on this
   21 day of July, 2008

                                    BEATRIZ DOLORES ARANA
                                    Notary Public, State of New York
                                    No. 01AR6132940
                                    Qualified in Queens County
                                    Commission Expires August 29, 20__