UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

---

FERNANDO ALVES AND MICHELE ALVES,

     Plaintiffs,

-against-

AMEC CONSTRUCTION, MANAGEMENT, INC., BECHTEL ENVIRONMENTAL, INC., BECHTEL CORPORATION, BECHTEL CONSTRUCTION, INC., BECHTEL ASSOCIATES PROFESSIONAL CORPORATION, BOVIS LEND LEASE, INC, BOVIS LEND LEASE LMB, INC., TULLY CONSTRUCTION CO., INC, TULLY ENVIRONMENTAL INC., TULLY INDUSTRIES, INC., TURNER CONSTRUCTION COMPANY

     Defendants.

---

21 MC 100 (AKH)

DOCKET NO.
08 CIV 3917

Judge Hellerstein

**AFFIDAVIT OF SERVICE**

---

  I, Soo Jeong, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

  On July 21, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Bechtel Associates Professional Corporation., by its designated agent, CT Corporation System, more specifically, Aixa Flores, Process Specialist at:

    CT Corporation System
    111 Eighth Avenue, 13th Floor
    New York, New York 10011

            *[signature]*
            Soo Jeong

Sworn to before me on this
21 day of July, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__