UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- :

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION :

------------------------------------------- :

FERNANDO ALVES AND MICHELE
ALVES,

                         Plaintiffs,

-against-

AMEC CONSTRUCTION, MANAGEMENT,
INC., BECHTEL ENVIRONMENTAL, INC.,
BECHTEL CORPORATION, BECHTEL
CONSTRUCTION, INC., BECHTEL
ASSOCIATES PROFESSIONAL CORPORATION:
BOVIS LEND LEASE, INC, BOVIS LEND
LEASE LMB, INC., TULLY CONSTRUCTION
CO., INC, TULLY ENVIRONMENTAL INC.,
TULLY  INDUSTRIES,  INC., TURNER
CONSTRUCTION COMPANY

                         Defendants.

---------------------------------------------------------- :

**21 MC 100 (AKH)**

**DOCKET NO.
08 CIV 3917**

**Judge Hellerstein**

**AFFIDAVIT OF SERVICE**

       I, Soo Jeong, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

       On July 21, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Bechtel Environmental, Inc., by its designated agent, CT Corporation System, more specifically, Aixa Flores, Process Specialist at:

           CT Corporation System
           111 Eighth Avenue, 13th Floor
           New York, New York 10011

                                       Soo Jeong

Sworn to before me on this
  21  day of July, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09